# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156086(77)(79)

RITA KENDZIERSKI, BONNIE HAINES,
GREG DENNIS, LOUISE BERTOLINI, JOHN
BARKER, JAMES COWAN, VINCENT
POWIERSKI, ROBERT STANLEY, ALAN
MOROSCHAN, and GAER GUERBER, on
Behalf of Themselves and All Others Similarly
Situated,
        Plaintiffs-Appellees,

v

MACOMB COUNTY,
        Defendant-Appellant.

_____/

SC: 156086
COA: 329576
Macomb CC: 2010-001380-CK

On order of the Chief Justice, the separate motions of AFT Michigan and Michigan Association of Police Organizations to join the brief amicus curiae filed by the American Federation of State, County, and Municipal Employees, AFL-CIO are GRANTED.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 20, 2018



Clerk